No. 647. PEOPLE OF PORTO RICO, ET AL., PLAINTIFFS IN ERROR AND PETITIONERS, *v.* JOSE MURATTI. In error to and on writ of certiorari to the Supreme Court of Porto Rico. Argued January 17, 18, 1918. Decided January 21, 1918. *Per Curiam.* Judgment reversed upon the authority of *People of Porto Rico* v. *Tapia,* just decided, *supra,* this page, and authorities therein cited. *Mr. Edward S. Bailey, Mr. Samuel T. Ansell, Mr. Assistant Attorney General Warren* and *Mr. Robert Szold* for plaintiffs in error and

petitioners. *Mr. Willis Sweet and Mr. Francis H. Dexter* for defendant in error and respondent.